DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG BROUGHTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3712

[May 14, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 061997CF019862B88810.

Craig Broughton, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***